```
                    UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,     )
                              )    No.  MJ07-182
              Plaintiff,      )
                              )    ORDER
     v.                       )
                              )
JOHN E. MCDANIEL,             )
                              )
              Defendant.      )
```

DEFENDANT JOHN E. MCDANIEL requests the Court extend the time within which he can be indicted. Good cause for the request has been shown. A speedy indictment waiver has been filed. The government concurs with the request. Accordingly the time for which the defendant may be held upon the Complaint filed herein is extended through and including June 1, 2007.

Dated this <u>4th</u> day of May 2007.

                                   s/ Mary Alice Theiler
                                   United States Magistrate Judge